Erik F. Stidham (ISB # 5483)
Kevin C. Braley (ISB No. 6948)
HOLLAND & HART LLP
Suite 1400, U.S. Bank Plaza
101 South Capitol Boulevard
P.O. Box 2527
Boise, Idaho 83701-2527
Telephone: (208) 342-5000
Facsimile: (208) 343-8869

Attorneys for Plaintiff Western Electronics, LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| WESTERN ELECTRONICS, LLC, an Idaho Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>COLORADO VNET CORPORATION, a Colorado Corporation, RUSSOUND/FMP, INC., a New Hampshire Corporation, and 3VNET, INC., a Florida Corporation,<br><br>Defendants. | Case No. 1:13-CV-370-EJL<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

COMES NOW Plaintiff, Western Electronics, LLC, by and through its counsel of record, Holland & Hart LLP, Defendant 3VNET, Inc., by and through its counsel of record, Duke Scanlan & Hall, PLLC, and Defendant Russound/FMP, Inc., by and through its counsel of record, Givens Pursley LLP, and hereby stipulate and agree that the claims of Plaintiff against all Defendants can be dismissed with prejudice with all parties bearing their own costs and fees.

**STIPULATION FOR DISMISSAL WITH PREJUDICE - 1**

DATED this 31st day of October, 2013.

        HOLLAND & HART LLP

        By: /s/ Kevin C. Braley
            Kevin C. Braley, for the firm
            Attorneys for Plaintiff Western Electronics, LLC

        GIVENS PURSLEY LLP

        By: /s/ David R. Lombardi
            David R. Lombardi, for the firm
            Attorneys for Defendant Russound/FMP, Inc.

        DUKE SCANLAN & HALL, PLLC

        By: /s/ Keely E. Duke
            Keely E. Duke, for the firm
            Attorneys for Defendant 3vNet, Inc., as successor
            to Colorado vNet Corp.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 31st day of October, 2013, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- Keely E. Duke         ked@dukescanlan.com; klb@dukescanlan.com; sls@dukescanlan.com
- David R. Lombardi     drl@givenspursley.com, lkb@givenspursley.com
- Jose I. Rojas         jrojas@rojaslawfirm.com


      /s/ Kevin C. Braley
      for HOLLAND & HART LLP

6483514_1.docx

**STIPULATION FOR DISMISSAL WITH PREJUDICE - 3**