# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN ELECTRONICS, LLC, an Idaho Limited Liability Company,<br><br>               Plaintiff,<br><br>vs.<br><br>COLORADO VNET CORPORATION, a Colorado Corporation, RUSSOUND/FMP, INC., a New Hampshire Corporation, and 3VNET, INC., a Florida Corporation,<br><br>               Defendants. | Case No.  1:13-CV-370-EJL<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Based on the stipulation of the parties it is hereby ORDERED that this case be dismissed with prejudice on the ground and for the reason that the parties have fully and finally resolved all disputes between them.  The parties will each bear their own costs and attorneys' fees.

DATED: November 1, 2013

Edward J. Lodge
United States District Judge